JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jon Carpenter,<br><br>  Plaintiff,<br><br>v.<br><br>Frances Rinck Estate Partnership, a General Partnership; Gayle I. Barnard; Criterion FB Sherman Oaks, LLC, a California Limited Liability Company; and Does 1-10,<br><br>  Defendants. | Case: 2:13-CV-07547-PA-AJW<br><br>ORDER RE:<br>STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 4/29/14  _____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE